# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LARRY J. McCLOUD | § | |
| | § | |
| V. | § | CASE NO. 4:08cv268 |
| | § | (Judge Schneider/Judge Mazzant) |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 8, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Commissioner's Motion to Reverse With Remand should be GRANTED.

As neither party has filed objections to the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Commissioner's Motion to Reverse With Remand (Dkt. #20) is **GRANTED** and the case is **REMANDED** for further review pursuant to sentence four.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of July, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE